Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr & Gibney Law Offices
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ROGER EASTMAN,<br>         Plaintiff,<br><br>     v.<br>CAROLYN COLVIN,<br>   Commissioner of Social Security,<br>         Defendant. | 3:14-CV-00052-RE<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $28061.50 pursuant to 42 U.S.C. § 406(b). The attorney fees of 10,215.86 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this __24th__ day of __March__, 2015.

　　　　　　　　　　　　　　　　　　　__/s/ Michael H. Simon__
　　　　　　　　　　　　　　　　　　　United States District Court Judge